Dana L. Sullivan
Oregon Bar No. 944834
BUCHANAN ANGELI
ALTSCHUL & SULLIVAN LLP
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel: (503) 974-5023; Fax: (971) 230-0337
dana@baaslaw.com
*Local Counsel for Plaintiff*

Carolyn H. Cottrell (*pro hac vice*)
David C. Leimbach (*pro hac vice*)
Jordyn D. Rystrom Emmert (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
jemmert@schneiderwallace.com
*Lead Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| LORRAINE LYTLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COQUILLE VALLEY HOSPITAL,<br><br>Defendant. | Case No.  6:19-cv-00722-AA<br><br>CLASS AND COLLECTIVE ACTION<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARD**<br><br>**NOTED FOR HEARING: May 9, 2022 at 11:00 AM in Eugene, Oregon via Videoconference** |

The Motion for Final Approval of Attorneys' Fees and Costs and Service Award, filed by Lorraine Lytle ("Plaintiff") came for hearing in the above-captioned court, the Honorable Ann Aiken presiding. Defendant does not oppose the motion but preserves its ability to oppose the extent of the award of attorneys' fees.

Having reviewed the papers and documents presented, having heard the statements of counsel, and having considered the matter, the Court HEREBY ORDERS as follows:

1. The Court has jurisdiction over the claims of the Participating Class Members and Opt-In Plaintiffs asserted in this proceeding and over all Parties to the action.

2. The Court FINALLY APPROVES a service award of $15,000 for Plaintiff, and finds that this award is fair and reasonable for the work this individual provided to the Class and Collective and the broader release she executed than the Class Members and Opt-In Plaintiffs.

3. The Court FINALLY APPROVES Class Counsel's request for attorneys' fees of one third of the Gross Settlement Amount, for a total of $383,333.33 in fees.

4. The Court FINALLY APPROVES Class Counsel's request for litigation costs in the amount of $3,164.77.

5. The Court FINALLY APPROVES Class Counsel's request for administrative costs not to exceed $6,940.00 to be paid to ILYM Group as Settlement Administrator.

**IT IS SO ORDERED.**

Dated:  May 9, 2022         /s/Ann Aiken
                                            HON. ANN AIKEN
                                            United States District Judge,
                                            District of Oregon